**NORTON ROSE FULBRIGHT US LLP**
EVA YANG (BAR NO. 306215)
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
eva.yang@nortonrosefulbright.com

JASON K. FAGELMAN (*Pro Hac Vice Application Forthcoming*)
JOSEPH E. SIMMONS (*Pro Hac Vice Application Forthcoming*)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 855-8000
Facsimile: (214) 855-8200
jason.fagelman@nortonrosefulbright.com
joseph.simmons@nortonrosefulbright.com

*Attorneys for TriZetto Provider Solutions, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HAHN,<br><br>Plaintiff,<br><br>v.<br><br>OPEN DOOR COMMUNITY HEALTH CENTERS, a California corporation; TRIZETTO PROVIDER SOLUTIONS, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:26-cv-02267<br><br>**DEFENDANT TRIZETTO PROVIDER SOLUTIONS, LLC'S NOTICE OF PENDENCY OF OTHER ACTIONS**<br><br>Date of Filing:   February 2, 2026<br>Date of Removal:  March 16, 2026<br>Trial Date:       None |

302322275.2

Pursuant to the Civil Local Rule 3-13, Defendant TriZetto Provider Solutions, LLC ("**TriZetto**") hereby gives notice of related actions currently pending in other federal and state courts that involve the same subject matter as this action.

## I.    <u>RELATED ACTIONS</u>

Numerous actions are pending in other courts that are related to the instant action within the meaning of Local Rule 3-13.  The first-filed related action, to the best of TriZetto's knowledge and belief, is:

- *Niessing v. TriZetto Provider Solutions, LLC, et al.*, Case No. 4:25-cv-1861, in the Eastern District of Missouri, filed December 19, 2025.

Additional related actions currently pending include the following:

- *In re: Cognizant/TriZetto Data Security Incident*, Case No. 2:25-cv-18908, in the District of New Jersey, filed December 22, 2025.
- *Friedman v. Tuscon Orthopaedic Institute P.C.*, Case No. C20259052, in Pima County, Arizona, filed December 23, 2025.
- *Wheeler v. TriZetto Provider Solutions LLC, et al.*, Case No. 4:25-cv-1888, in the Eastern District of Missouri, filed December 30, 2025.
- *Corbray, et al. v. TriZetto Provider Solutions LLC, et al.*, Case No. 4:26-cv-13, in the Eastern District of Missouri, filed January 6, 2026.
- *Taylor v. TriZetto Provider Solutions, LLC, et al.*, Case No. 2:26-cv-86, in the Eastern District of California, filed January 12, 2026.
- *Carucci v. Cares Community Health d/b/a One Community Health*, Case No. 26CV001036, in Sacramento County, California, filed January 15, 2026.
- *Limbos Vadla v. Cognizant Technology Solutions Corp., et al.*, Case No. 4:26-cv-70, in the Eastern District of Missouri, filed January 16, 2026.
- *Plassas v. Planned Parenthood Shasta-Diablo Inc. d/b/a Planned*

*Parenthood Northern CA*, Case No. C26-00192, in Contra Costa County, California, filed January 21, 2026.

- *Cleveland, et al. v. TriZetto Provider Solutions, LLC, et al.*, Case No. 4:26-cv-00264, in the Eastern District of Missouri, filed February 23, 2026.

- *Stone, et al. v. TriZetto Provider Solutions, LLC*, Case No. 4:26-cv-308, in the Eastern District of Missouri, filed March 3, 2026.

- *Spangler v. Physicians' Clinic of Iowa, P.C., et al.*, Case No. 4:26-cv-00322, in the Eastern District of Missouri, filed March 5, 2026.

- *Wolf v. TriZetto Provider Solutions LLC, et al.*, Case No. 2:26-cv-2344, in the District of New Jersey, filed March 6, 2026.

- *Whiteside v. TriZetto Provider Solutions LLC, et al.*, Case No. 2:26-cv-2373, in the District of New Jersey, filed March 6, 2026.

- *Lee v. Cognizant Technology Solutions Corp., et al.*, Case No. 2:26-cv-2444, in the District of New Jersey, filed March 10, 2026.

- *Patterson v. Cognizant Technology Solutions Corp., et al.*, Case No. 2:26-cv-02570, in the District of New Jersey, filed March 12, 2026.

- *Madoff v. Cognizant Technology Solutions Corp., et al.*, Case No. 2:26-cv-02634, in the District of New Jersey, filed March 13, 2026.

- *Sawyer v. TriZetto Provider Solutions, LLC, et al.*, Case No. 2:26-cv-02698, in the District of New Jersey, filed March 16, 2026.

- *Harris Vaughn v. Cognizant Technology Solutions Corp., et al.*, Case No. 2:26-cv-2881, in the District of New Jersey, filed March 19, 2026.

A copy of the operative complaint in the first-filed *Niessing* action is attached as **Exhibit A**. No responsive pleading has yet been filed in any of these actions (together, the "**Related Actions**"). An unopposed Motion to Consolidate has been filed in the first-filed *Niessing* action, seeking to consolidate all of the Related Actions pending in the Eastern District of Missouri.

TRIZETTO'S NOTICE OF PENDENCY OF OTHER ACTIONS

Each of the Related Actions arises from the same alleged data incident involving TriZetto's platform.  TriZetto is a healthcare information technology services provider with its principal place of business in Earth City, Missouri.  Each of the Related Actions alleges that the plaintiff provided personal information to a healthcare provider or healthcare payor, which in turn transmitted that information to TriZetto in connection with revenue cycle management and insurance eligibility verification services.  Each of the Related Actions further alleges that this information was compromised in a data incident that TriZetto discovered on or about October 2, 2025.  Each of the Related Actions asserts multiple common law and state statutory claims against TriZetto and/or its clients arising from the same alleged incident, including but not limited to negligence and negligence per se.  Finally, each of the Related Actions seeks to certify a class of individuals whose personal information was allegedly affected in the data incident.

## II.    **RELATIONSHIP TO THE INSTANT ACTION**

Under Local Rule 3-13, two putative class actions are related if they "involve overlapping claims," including if "the definitions of covered individuals overlap and the claims asserted overlap."  Here, each of the actions listed above involves (1) the same alleged data incident, namely the incident involving TriZetto's platform; (2) substantially similar or overlapping causes of action, including negligence and negligence per se, as well as various other common law and state statutory claims; and (3) substantially similar or overlapping proposed class definitions.  In particular, the proposed putative class in the *Niessing* action is defined as "[a]ll individuals residing in the United States whose Private Information was compromised in the Data Breach," Ex. A ¶ 143, while the proposed class in the instant action is defined as "[a]ll citizens of the State of California who provided their personal medical information to Defendants on or before October 2, 2025, and who received notices from Defendants that their information was compromised," ECF 1-A ¶ 94.  Further, most of the Related Actions, including the instant action

and the *Niessing* action, involve at least one overlapping defendant, namely, TriZetto. Accordingly, the actions enumerated above are related to the instant action within the meaning of Local Rule 3-13.

### III.   CONCLUSION

TriZetto respectfully brings these matters to the Court's attention so that the Court may consider whether transfer of the current action to the Eastern District of Missouri for consolidation into the *Niessing* action may be appropriate to promote the just and efficient conduct of this litigation, to avoid duplication of discovery and pretrial proceedings, and to prevent the risk of inconsistent rulings.

Dated:      March 23, 2026                EVA YANG
                                          NORTON ROSE FULBRIGHT US LLP


                                          By: */s/ Eva Yang*
                                              EVA YANG
                                          Attorneys for Defendant