# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES HAHN, individual and on behalf of all others similarly situated,

Plaintiff,

vs.

OPEN DOOR COMMUNITY HEALTH CENTERS, California Corporation; TRIZETTO PROVIDERS SOLUTIONS, LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive,

Defendants.

Case No. 1:26-cv-02267-RMI

~~PROPOSED~~ **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO PLAINITFF'S COMPLAINT**

## ORDER

Upon consideration of the Stipulation between Plaintiff Charles Hahn and Defendant Open Door Community Health Centers to Extend Time to Respond to Plaintiff's Complaint, it is hereby **ORDERED** that this Stipulation is **GRANTED** and the deadline for Open Door Community Health Centers to respond to Plaintiff's Class Action Complaint is April 30, 2026.

Dated: March 27, 2026

_____
ROBERT M. ILLMAN
**United States Magistrate Judge**

~~PROPOSED~~ ORDER GRANTING DEFENDANT OPEN DOOR COMMUNITY HEALTH CENTERS' UNOPPOSED MOTION FOR EXTENSION OF TIME – PAGE 1